%AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                              Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

_____Eastern_____ **District of** _____California_____

United States of America

V.

**ORDER SETTING CONDITIONS OF RELEASE**

_____Michael Edward Turman_____
Defendant

Case Number: 5:08-mj-00013 TAG

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __U.S. District Court, 2500 Tulare Street, CR #9__
Place
__6th Floor, Fresno, CA 93721__ on __7/2/2008 1:30 pm__
Date and Time

## Release on Secured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### (DEFENDANT ORDERED TO APPEAR)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6) The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____  _____
                    Custodian or Proxy                              Date

( ✓ ) (7) The defendant shall:

(a) participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring, at your own expense.
Curfew. You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., as directed by the PSO.

(b) you shall not possess a firearm, destructive device, or other dangerous weapon;

(c) abide by the following restrictions on his personal associations, place of abode, or travel;
Reside at a residence approved by the PSO, and not move or be absent from this residence without prior approval of the PSO;

(d) you shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

(e) report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations.

(f) you shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the PSO;

(g) you shall not use or possess a computer in your residence or at any other location unless otherwise approved by the PSO; and there shall be no computer in the place where your reside, and you shall provide the PSO with written proof that all internet service to such place has been terminated.

(h) you shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; However, medical marijuana, prescribe or not, may not be used.

(i) the PSO shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities; and you shall have no access to a computer at your place of employment.

(j) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A $100,000.00 real property secured bond, signed by Jeff Turman and Joanne Turman, or Michael Turman.

(k) you shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

(l) surrender any passport to the Clerk, United States District Court.

(m) you shall submit to drug and/or alcohol testing as directed by the PSO,

(n) report in person to the Pretrial Service Agency on the first working day following your release from custody.

(o) you shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; further you shall have no visitation with your minor children, except as approved in advance by the PSO, and all of such visitation shall be supervised by a responsible adult approved by the PSO, and on the conditions designated by the PSO.

(p) you shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

(q) you shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.

AO 199C   (Rev.12/03) Advice of Penalties . . .                                    Page __3__ of __3__ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

Kern County
Address

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
(✓) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: June 20, 2008

_____
Signature of Judge

THERESA A. GOLDNER, U.S. MAGISTRATE JUDGE
Name and Title of Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL