CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL EDWARD TURMAN,<br><br>                Defendant. | Case No.:  1:08-cr-00207LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO MODIFY CONDITIONS OF RELEASE |

  It is hereby stipulated by and between the parties hereto, through their respective attorneys or record, as follows:

  The status conference currently set for August 1, 2008 at 9:00 am, before the Honorable Lawrence J. O'Neill, is to be continued to September 12, 2008 at 9:00 am.

  This continuance is being requested from the court because the defendant has been accepted in a residential treatment program which has been investigated and approved by Pretrial Services Officer Daniel Stark.  The duration of the program is 42 consecutive days, with the defendant not allowed to leave during the course of the program (the name and exact location of the program has been omitted from this document to protect the privacy of the defendant and other patients at the facility, but is available from either Mr. Stark or counsel for the defendant, if the court so requires).  A continuance of the status conference, to the date set forth above, would allow the defendant to comply with the requirements of the program, while investigation and

analysis of the case on the part of both the government at the defense continues.  As of the date of this stipulation, counsel for the government has not received discovery in the case from the investigative agency involved, so it is likely that the parties would be requesting a continuance at the hearing as it is currently scheduled.

      Mr. Stark has coordinated supervision of the defendant, including his required electronic monitoring, with the Pretrial Services Office in the Central District of California, and believes that he will be adequately supervised so that his conditions of release can be enforced during this period.  It is therefore also requested that the defendant's conditions of release be modified to allow him to reside in a treatment program approved by Pretrial Services and that he be allowed to travel to the Central District of California for that purpose.

Dated:  July 14, 2008

                        /s/  Carl M. Faller
                        CARL M. FALLER
                        Attorney for Defendant


                        McGREGOR W. SCOTT
                        United States Attortney


                    By   /s/ Sherrill A. Carvalho
                        SHERRILL A CARVALHO
                        Assistant U.S. Attorney
                        Attorney for the United States


## ORDER

      Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for August 1, 2008, at 9:00 am, be continued to September 12, 2008, at 9:00 am.  Further, the defendant's conditions of release are modified to allow him to reside in a residential treatment program approved by Pretrial Services, and that he

///

///

be allowed to travel to the Central District of California for that purpose.

IT IS SO ORDERED.

**Dated:   July 16, 2008**                             /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE