1

CARL M. FALLER  SBN: 70788
Attorney at Law

2

Post Office Box 912
Fresno, CA 93714

3

559-226-1534
carl.faller@fallerdefense,com

4

5

Attorney for Defendant

6

7

8

### IN THE UNITED STATED DISTRICT COURT

9

### FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

UNITED STATES OF AMERICA,

        Plaintiff,

13

        vs.

14

MICHAEL EDWARD TURMAN,

15

        Defendant.

16

)
)
)
)
)
)
)
)
)
)

Case No.: 1:08-cr-00207LJO

STIPULATION TO
MODIFY CONDITIONS OF
RELEASE

17

     The defendant's current conditions of release provide for supervised visitation with his

18

two minor children under circumstances and conditions as approved in advance by Pretrial

19

Services.  There is currently a dissolution of marriage case pending between the defendant and

20

his spouse, Lindsay Turman, in the Superior Court of California, County of Kern.  It is hereby

21

stipulated by and between the parties hereto, through their respective attorneys or record, with

22

23

the concurrence of Pretrial Services Officer Daniel Stark, that the defendant's conditions of

24

release be modified as follows:

25

     The following persons are approved as visitation supervisors for MichaelTurman's visits

26

with his children:  Jeff  Turman (defendant's father) and Joanne Turman (defendant's mother) .

27

///

28

PDF created with pdfFactory trial version www.pdffactory.com

A visitation schedule may be developed by the Kern County Superior Court in case no. S-1501-FL-606286, with each visit approved in advance by the Pretrial Services Office.

Dated:  September 1, 2008

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant


McGREGOR W. SCOTT
United States Attortney


By      /s/ Sherrill A. Carvalho_____
SHERRILL A CARVALHO
Assistant U.S. Attorney
Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that Jeff Turman and Joanne Turman are approved as visitation supervisors for visits

between the defendant and his minor children, and that each visit may be conducted subject to a

visitation schedule set by the Superior Court of California, for the County of Kern, with each

visit subject to the prior approval of the Pretrial Services Office


**IT IS SO ORDERED.**

DATED:  September 5, 2008

 /s/ Gary S. Austin
Gary S. Austin
United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com