CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL EDWARD TURMAN,<br><br>　　　　　Defendant. | Case No.:  1:08-CR-00207 LJO<br><br>STIPULATION TO EXTEND<br>TIME TO FILE MOTIONS AND<br>TO CONTINUE HEARING AND<br>STATUS CONFERENCE; ORDER |

　　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys or record, as follows:

　　　　　The motions hearing and status conference currently set for November 14, 2008, will be continued to January 30, 2009 at 9:00 am., before the Honorable Lawrence J. O'Neill.  Any defense motions will be filed on or before December 12, 2008.  The government's response, if any is to be filed on or before January 16, 2009.

　　　　　This continuance is being requested by the defense because it is attempting to secure an expert to review the results of the government's forensic examination of the defendant's computer which was seized pursuant to a search warrant.  Thus far, counsel has been unable to locate a qualified expert in central California to conduct this review, and has expanded the search to other states.  An expert is required because the report of the government's forensic examiner is in such a form as to require expert interpretation to be of use to counsel.  Once an expert is

located, and a review conducted, counsel will be prepared to determine the pretrial motions which need to be filed.

Time is to be excluded up to and including the hearing on the motions and any ruling thereon.

Dated: November 9, 2008

/s/ Carl M. Faller\_\_\_\_\_
CARL M. FALLER
Attorney for Defendant


McGREGOR W. SCOTT
United States Attorney


By   /s/ Sherrill A. Carvalho\_\_\_\_\_
SHERRILL A CARVALHO
Assistant U.S. Attorney
Attorney for the United States

**ORDER**:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the motions hearing and status conference currently set for November 14, 2008, at 9:00 am, be continued to January 30, 2009 at 9:00am.  Any defense motions are to be filed on or before December 16, 2008, with the government's response filed on or before January 16, 2009.

Time is to be excluded up to and including the hearing on the motions and any ruling thereon.  On January 30, 2009, counsel should be ready to select a trial date.

DATED: November 10, 2008

\_\_\_\_/s/ Lawrence J. O'Neill\_\_\_\_\_
LAWRENCE. J. O'NEILL
United States District Judge