CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL EDWARD TURMAN,<br><br>　　　　Defendant. | Case No.:  1:08-cr-00207LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO MODIFY CONDITIONS OF RELEASE |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys or record, as follows:

　　　　The status conference currently set for January 30, 2009, before the Honorable Lawrence J. O'Neill, is to be continued to February 20, 2009 at 9:00 am.

　　　　This continuance is being requested because defense counsel has been gathering information to present to the prosecutors regarding a potential plea disposition, but has been unable to complete this task due to trial preparation for the case of United States v. Miv Chan, et al., which is scheduled to begin on February 4, 2009, before this court.  In addition to trial preparation, counsel has been working toward disposition of the case prior to trial, but as of this date no plea agreement has been reached.  Counsel have conferred concerning this request and the government is in agreement.  Further government and defense counsel will meet either the

week of February 10th or February 17th, depending on the status of the Chan matter to discuss potential resolution of the case.

Dated:  January 28, 2009

          /s/  Carl M. Faller
          CARL M. FALLER
          Attorney for Defendant

          LAWRENCE G. BROWN
          United States Attorney

By   /s/ Sheila K. Oberto
     SHIELA K. OBERTO
     Assistant U.S. Attorney
     Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the status conference currently set for January 30, 2009 at 9:00 am, be continued to February 20, 2009 at 9:00 am.  Further, time is excluded at the request of the defense for further plea negotiations.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        IT IS SO ORDERED.

**Dated:  January 29, 2009                /s/ Lawrence J. O'Neill**
                UNITED STATES DISTRICT JUDGE