1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534
   carl.faller@fallerdefense,com
4

5  Attorney for Defendant

6

7

8

9              IN THE UNITED STATED DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,          )  Case No.:  1:08-CR-207 LJO
12                                     )
              Plaintiff,               )  STIPULATION TO CONTINUE
13                                     )  STATUS CONFERENCE
          vs.                          )
14                                     )
   MICHAEL EDWARD TURMAN,              )
15                                     )
              Defendant.               )
16

17      It is hereby stipulated by and between the parties hereto, through their respective

18  attorneys of record, as follows:

19      A status conference in this matter is currently set for June 5, 2009, before the Honorable

20  Lawrence J. O'Neill United States District Judge.  It is stipulated by and between the parties that

    this hearing be continued one week until June 12, 2009 at 8:30 am.
21
        This continuance is being requested because defense counsel is celebrating his thirty-fifth
22
    wedding anniversary on June 1, 2009, and a change in the schedule of his spouse presented the
23
    opportunity to commemorate this event in another country.  Therefore, plans were finalized late
24
    last week that have counsel traveling to London on May 27th and returning June 4th.  Therefore it
25
    is respectfully requested that this matter be continued one week.  It is further stipulated that time
26
    is to be excluded under the Speedy Trial Act to allow the defense to allow counsel defense
27

28

counsel to adequately prepare to the disposition of this matter and in the interests of justice

pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated: May 26, 2009

/s/ Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant


LAWRENCE G. BROWN
Acting United States Attorney


By    /s/ Sheila K. Oberto_____
SHIELA K. OBERTO
Assistant U.S. Attorney
Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the status conference currently set for June 5, 2009, be continued

to June 12, 2009, at 8:30 am.  Further, time is excluded at the request of the defense for

defense preparation and in the interest of justice pursuant to Title 18, United States Code,

Section 3161(h)(8)(A).

DATED: May 27, 2009

_/s/ Lawrence J. O'Neill_____
LAWRENCE. J. O'NEILL
United States District Judge