CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:08-cr-00207LJO |
| Plaintiff, | ) REQUEST TO EXONERATE |
| vs. | ) PROPERTY BOND |
| MICHAEL EDWARD TURMAN, | ) |
| Defendant. | ) |

  Defendant Michael Edward Turman, by and through his undersigned attorney of record hereby requests that the property bond which secured defendant's pretrial release in this matter be exonerated and a full reconveyance effectuated.

  Defendant in this matter was released on June 20, 2008 pursuant to a property bond in the amount of $100,000, secured by a deed of trust on real property located at 9023 Laramie Avenue, Bakersfield, California, APN 492 110 08 00.  The deed of trust was recorded on June 19, 2008 in the Kern County Official Records as DOC# 0208097932.

  The basis for this request is that the defendant was sentenced on January 15, 2010, is

///

///

///

///

currently serving his term of imprisonment, and the case has otherwise terminated.

Dated:  February 25, 2010

                                                /s/  Carl M. Faller\_\_\_\_\_
                                                CARL M. FALLER
                                                Attorney for Defendant

ORDER:

Good cause appearing, the Clerk of the Court is hereby ordered to exonerate the property bond described above, which secured the pretrial release of Michael Edward Turman.

DATED:  March 2, 2010

                                                _/s/ Lawrence J. O'Neill\_\_\_\_
                                                LAWRENCE. J. O'NEILL
                                                United States District Judge