UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL TURMAN, <br><br> Defendant. | CASE NO. 1:08-CR-00207-001-LJO <br><br> PRO HAC VICE APPLICATION AND ORDER <br><br> JUDGE: Hon. Lawrence J. O'Neill |

AND NOW, to-wit, this _16th day of October, 2012, upon application of Alan Ellis, Esquire, it is hereby Ordered that Alan Ellis be admitted *pro hac vice* in the above referenced matter as attorney for Defendant, Michael Turman.

BY THE COURT:

**/s/ Lawrence J. O'Neill**
United States District Judge