UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    vs.<br>MICHAEL TURMAN,<br>    Defendant. | CASE NO. 1:08-CR-00207-001-LJO<br><br>ORDER AUTHORIZING PRETRIAL SERVICES TO RELEASE A COPY OF ITS REPORTS TO FCI FORT WORTH<br><br>JUDGE: Hon. Lawrence J. O'Neill |

AND NOW, to-wit this first day of November, 2013, upon unopposed Motion, it is hereby ordered that Pretrial Services send a copy of Defendant Michael's Turman's Pretrial Services Report to Ms. Melissa Robertson, Drug Treatment Specialist, FCI Fort Worth, 3150 Horton Road, Fort Worth, TX 76119.

_____

**IT IS SO ORDERED.**

1

Dated: **November 1, 2013**         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE