1  PHILLIP A. TALBERT
   United States Attorney
2  PEDRO NAVEIRAS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00207-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |
| v. | |
| | Date: January 21, 2025 |
| | Time: 2:30 p.m. |
| MICHAEL EDWARD TURMAN, | Judge: Hon. Christopher D. Baker |
| Defendant. | |

   IT IS HEREBY STIPULATED between the parties that the status conference re supervised release violation/petition hearing set for November 19, 2024, can be continued until January 21, 2025, at 2:30 p.m., before the United States Magistrate Judge Christopher D. Baker. Good cause exists for the requested continuance pursuant to 18 U.S.C. §§ 3161 (h)(7)((A) and (h)(7)(B)(iv) to provide the parties reasonable time for case preparation.

                                         Respectfully submitted,

   Dated: November 15, 2024              */s/ Pedro Naveiras*
                                         Pedro Naveiras
                                         Assistant United States Attorney


   Dated: November 15, 2024              */s/ Jared M. Thompson*
                                         Jared M. Thompson
                                         Defense Counsel

PHILLIP A. TALBERT
United States Attorney
PEDRO NAVEIRAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00207-JLT |
| Plaintiff, | [PROPOSED] ORDER |
| v. | Date: January 21, 2025<br>Time: 2:30 p.m.<br>Judge: Hon. Christopher D. Baker |
| MICHAEL EDWARD TURMAN, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference set for November 19, 2024, is hereby continued to January 21, 2025, at 2:30 p.m., before the United States Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated: **November 18, 2024**

_____
UNITED STATES MAGISTRATE JUDGE