PHILLIP A. TALBERT
United States Attorney
PEDRO S. NAVEIRAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00207-JLT |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: January 21, 2025 |
| MICHAEL TURMAN, | TIME: 2:30 P.M. |
| Defendant. | COURT: Hon. Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on January 21, 2025.

2. By this stipulation, the parties stipulate that the status conference may be continued to February 27, 2025, at 2:30 PM, to allow time for both parties to receive and review discovery, finalize investigations, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  January 10, 2025 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ PEDRO S. NAVEIRAS<br>PEDRO S. NAVEIRAS<br>Assistant United States Attorney |
| | |
| Dated:  January 10, 2025 | /s/ JARED THOMPSON<br>JARED THOMPSON<br>Counsel for Defendant<br>MICHAEL TURMAN |

## ORDER ON STIPULATION

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued to *February 27, 2025 at 2:30 PM*.

IT IS SO ORDERED.

Dated:   **January 10, 2025**                              _____
                                                                                      UNITED STATES MAGISTRATE JUDGE

2