HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL EDWARD TURMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00207-JLT-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | Date:   October 28, 2025 |
| MICHAEL EDWARD TURMAN, | Time:  2:30 p.m. |
| Defendant. | Judge: Hon. Christopher D. Baker |
| | (Doc. 109) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Michael Edward Turman, that the Court may continue the status conference currently scheduled for October 16, 2025, at 2:30 p.m. to October 28, 2025, at 2:30 p.m. before the Honorable Christopher D. Baker.

The parties agree and request the Court find the following:

1. By prior order, this matter is set for a status conference on October 16, 2025.

2. The defense is awaiting receipt of additional discovery.

3. Therefore, counsel for the defendant requires additional time to review discovery, consult with her client regarding the case, and conduct necessary investigation.

4. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.

5. The government does not object to the requested continuance.

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
Acting United States Attorney

Date: October 14, 2025 */s/ Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2025 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL EDWARD TURMAN

## **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for October 16, 2025, at 2:30 p.m. is hereby continued to October 28, 2025, at 2:30 p.m.

IT IS SO ORDERED.

Dated: **October 15, 2025**

UNITED STATES MAGISTRATE JUDGE