1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    ERIN SNIDER, CA Bar #304781
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     MICHAEL EDWARD TURMAN
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:08-cr-00207-JLT-1

12            Plaintiff,                    **STIPULATION TO CONTINUE STATUS
                                            CONFERENCE; [PROPOSED] ORDER**
13   vs.
                                            Date:  November 12, 2025
14   MICHAEL EDWARD TURMAN,                 Time:  2:30 p.m.
                                            Judge: Hon. Christopher D. Baker
15            Defendant.

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal

19   Defender Erin Snider, counsel for Michael Edward Turman, that the Court may continue the

20   status conference currently scheduled for October 28, 2025, at 2:30 p.m. to November 12, 2025,

21   at 2:30 p.m. before the Honorable Christopher D. Baker.

22        The parties agree and request the Court find the following:

23        1.    By prior order, this matter is set for a status conference on October 28, 2025.

24        2.    The defense is awaiting receipt of additional information.

25        3.    Therefore, counsel for the defendant requires additional time to review discovery,

26   consult with her client regarding the case, and conduct necessary investigation.

27        4.    Defense counsel believes that failure to grant the above-requested continuance

28   would deny her the reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence.

2        5.    The government does not object to the requested continuance.

3                    **IT IS SO STIPULATED.**

4                                              Respectfully submitted,

5
                                              ERIC GRANT
6                                             Acting United States Attorney

7  Date: October 27, 2025              */s/ Luke Baty*
                                              LUKE BATY
8                                             Assistant United States Attorney
                                              Attorney for Plaintiff
9

10                                            HEATHER E. WILLIAMS
                                              Federal Defender
11

12 Date: October 27, 2025              */s/ Erin Snider*
                                              ERIN SNIDER
13                                            Assistant Federal Defender
                                              Attorney for Defendant
14                                            MICHAEL EDWARD TURMAN

15

16                          **O R D E R**

17      **IT IS SO ORDERED.** The status currently scheduled for October 28, 2025, at 2:30 p.m.

18 is hereby continued to November 12, 2025, at 2:30 p.m.

19 IT IS SO ORDERED.

20
      Dated:    **October 27, 2025**              _____
21                                                UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Turman – Stipulation to Continue Status Conference              2